In the Matter of E. GERLI AND COMPANY, INC., Appellant, *v.* OSCAR HEINEMAN CORPORATION, Respondent.

(Argued January 4, 1932; decided January 6, 1932.)

*Ralph M. Ketcham* for motion.

*John F. Caskey* opposed.

Motion to dismiss appeal taken as of right granted and appeal dismissed, with ten dollars costs.

Motion to dismiss appeal taken on questions certified denied.